```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 25569
    GRACE VALENZIO
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-8238


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/08/2004 and was confirmed 09/01/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 03/25/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
B-LINE LLC                  UNSEC W/INTER     1136.79         93.73         1136.79
B-LINE LLC                  UNSEC W/INTER     1177.63         97.10         1177.63
ASPIRE                      UNSEC W/INTER     4823.50        397.62         4823.50
CAPITAL ONE BANK            UNSEC W/INTER      103.26          9.35          103.26
CAPITAL ONE BANK            UNSEC W/INTER     2133.25        174.85         2133.25
CAPITAL ONE BANK            UNSEC W/INTER     3419.32        280.23         3419.32
CAPITAL ONE BANK            UNSEC W/INTER      118.18         10.52          118.18
CARD SERVICE CENTER         UNSEC W/INTER      924.02         86.99          924.02
CARSON PIRIE SCOTT          UNSEC W/INTER      896.14         74.13          896.14
ECAST SETTLEMENT CORP       UNSEC W/INTER     5679.06        449.20         5679.06
FINGERHUT CREDIT ADVANTA    UNSEC W/INTER      848.85         70.11          848.85
PREMIER BANCARD CHARTER     UNSEC W/INTER      317.26         26.76          317.26
FIRST PREMIER BANK          UNSEC W/INTER NOT FILED             .00             .00
GINNYS                      UNSEC W/INTER      632.50         52.25          632.50
ECAST SETTLEMENT CORP       UNSEC W/INTER     1029.85         84.34         1029.85
RETAILERS NATIONAL BANK     UNSEC W/INTER     1903.82        156.95         1903.82
MIDNIGHT VELVET             UNSEC W/INTER      923.80         76.14          923.80
NEIMAN MARCUS               UNSEC W/INTER      586.79         48.51          586.79
NEW MILLENNIUM BANK         UNSEC W/INTER NOT FILED             .00             .00
ORCHARD BANK                UNSEC W/INTER NOT FILED             .00             .00
RESURGENT ACQUISITION LL    UNSEC W/INTER      219.47         18.17          219.47
SEVENTH AVENUE              UNSEC W/INTER      157.56         13.85          157.56
THE DANBURY MINT            UNSEC W/INTER NOT FILED             .00             .00
THE DANBURY MINT            UNSEC W/INTER NOT FILED             .00             .00
VAN MAUR                    UNSEC W/INTER      350.12         29.49          350.12
ECAST SETTLEMENT CORP       UNSEC W/INTER     1019.46         83.45         1019.46
GREENBERG & ASSOC           DEBTOR ATTY       1,994.00                      1,994.00
TOM VAUGHN                  TRUSTEE                                         1,904.06
DEBTOR REFUND               REFUND                                            567.57

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 25569 GRACE VALENZIO
```

```
                            RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    35,200.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                         28,400.63
    INTEREST                                       2,333.74
ADMINISTRATIVE                                     1,994.00
TRUSTEE COMPENSATION                               1,904.06
DEBTOR REFUND                                        567.57
                          ---------------    ---------------
TOTALS                     35,200.00              35,200.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 06/26/08        _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE